# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MALIK JONES** | : | |
| | : | **CIVIL ACTION** |
| **Plaintiff,** | : | |
| v. | : | **2:22-cv-01723** |
| | : | |
| **CITY OF PHILADELPHIA, ET AL.** | : | |
| | : | |
| **Defendants.** | : | |
| | : | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2023, upon consideration of Plaintiff's Counsel's Motion to Withdraw as Counsel, it is hereby ORDERED and DECREED that the Motion is GRANTED. Plaintiff's Counsel, van der Veen, Hartshorn and Levin and Daniel J. Devlin, Esquire are permitted to and are hereby withdrawn from the above-captioned matter.

Plaintiff shall have ninety days from the date of this Order to retain new counsel. This matter is stayed for ninety days pending the entry of appearance of a new attorney for Plaintiff.

BY THE COURT:

_____
WENDY BEETLESTONE, J.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **MALIK JONES** : | |
| : | **CIVIL ACTION** |
| **Plaintiff,** : | |
| v. : | **2:22-cv-01723** |
| : | |
| **CITY OF PHILADELPHIA, ET AL.** : | |
| : | |
| **Defendants.** : | |
| : | |

## MOTION TO WITHDRAW AS COUNSEL

AND NOW, comes, Daniel J. Devlin, Esquire, and hereby requests that this Honorable Court grant the within Motion to Withdraw as Counsel for Plaintiff in the above referenced matter, and in support thereof aver as follows:

1. Plaintiff is currently represented by van der Veen, Hartshorn and Levin, through Daniel J. Devlin, Esquire.

2. A conflict has arisen between Plaintiff and Plaintiff's Counsel related to the manner and method in which this case should proceed, which constitutes an irreparable impasse and fundamental breakdown of the attorney-client relationship, which is unable to be repaired or remedied.

3. This conflict prevents Plaintiff's Counsel from continuing with the prosecution of this case.

4. Attorney-Client Privilege prevents Plaintiff's Counsel from revealing further information regarding this conflict. However, without disclosing the nature of the conflicts and without violating attorney-client privilege, Plaintiff's Counsel can no longer represent Plaintiff pursuant to Rule 1.16(a) and Rule 1.16(b) of the Pennsylvania Rules of Professional Conduct.

      5.      Counsel is available to discuss the matter in camera with the Court at the Court's pleasure.

      6.      As a result of the above, Plaintiff's Counsel can no longer represent Plaintiff in this matter.

      7.      As a result, Plaintiff's Counsel seeks an order for leave to withdraw as counsel.

      8.      By this Motion, Counsel on behalf of Plaintiff seeks a stay of these proceedings to allow Plaintiff ninety days to obtain new counsel.

**WHEREFORE**, for each of the foregoing reasons, as may be supplemented at argument or by providing information in Chambers, the undersigned counsel respectfully requests that this Honorable Court enter an Order, in the form attached hereto, permitting the withdrawal of Counsel for Plaintiff in the above referenced matter.

Respectfully Submitted,

DATE: 3/14/23                              BY: /s/ Daniel J. Devlin\_\_\_\_\_
                                                    Daniel J. Devlin, Esq.
                                                   Attorney for Plaintiff
                                                   Attorney ID No. 306573
                                                   1219 Spruce Street
                                                   Philadelphia, PA 19107
                                                   P: 215-546-1000
                                                   F: 215-546-8529
                                                   E: ddevlin@mtvlaw.com