# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MALIK JONES,** | : | Civil Action |
| **Plaintiff** | : | |
| v. | : | NO: 22-cv-01723 |
| **CITY OF PHILADELPHIA, et al.** | : | |
| **Defendants** | : | |

## STIPULATION OF DISMISSAL

Plaintiff and Defendants, by counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure (Fed. R. Civ. P. 41(a)(1)), stipulate that the above action be and it is voluntarily dismissed, without prejudice.

**Date:** March 20, 2023

Respectfully submitted,

/s/ Daniel J. Devlin
Daniel J. Devlin
PA ID No. 306573
van der Veen, Hartshorn & Levin
1219 Spruce Street
Philadelphia, PA 19107
**P** (215) 546-1000 ext. 217
**D** (215) 422-4193
**F** (215)-546-8529
ddevlin@mtvlaw.com

*Counsel for Plaintiff Malik Jones*

/s/ Derek Kane
/s/ Danielle B. Rosenthal
Derek Kane
PA ID No. 316941
Deputy City Solicitor
Danielle Rosenthal
PA ID No. 329676
Deputy City Solicitor
City of Philadelphia Law Department
1515 Arch Street, 15th Floor
Philadelphia, PA 19102
P (215) 683-5374
F (215) 683-5397
derek.kane@phila.gov
danielle.rosenthal@phila.gov

*Counsel for Defendant City of Philadelphia and Defendant Officer Outterbridge*